**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN A JOHNSON,                        No C-09-0948 VRW (PR)

12              Petitioner,

13         v

14   RICHARD J HAUGNER et al,               ORDER OF DISMISSAL

15              Respondent(s).

16   _____/

17

18         Petitioner, a state prisoner incarcerated at California

19   State Prison in Corcoran, California, has filed a pro se action

20   challenging his "unauthorized adjudication as a 'habitual criminal'"

21   under the California Three Strikes Law.  Although petitioner

22   identifies the pleading as a petition for an "auxiliary writ" under

23   28 USC §§ 1651 & 2241, given the allegations contained therein the

24   court construes it as a second or successive petition for a writ of

25   habeas corpus under 28 USC § 2254.  His first 28 USC § 2254 petition

26   was denied on the merits by this court on July 29, 2005.  See

27   <u>Johnson v Pliler</u>, No C 01-0547 VRW (PR), Doc #54.

28   //

1        A second or successive petition may not be filed in the

2   district court unless the petitioner first obtains from the

3   appropriate federal court of appeals an order authorizing the

4   district court to consider the petition.  28 USC § 2244(b)(3)(A).

5   Petitioner has not obtained an order from the Ninth Circuit

6   authorizing this court to consider his current petition.

7   Accordingly, the petition is DISMISSED without prejudice subject to

8   refiling if petitioner obtains the necessary order.

9        The clerk shall close the file and terminate any pending

10  motions as moot.

11

12        IT IS SO ORDERED.

13

14  _____
    **VAUGHN R WALKER**
15  **United States District Chief Judge**

16

17

18

19

20

21

22

23

24

25

26  G:\PRO-SE\VRW\HC.09\Johnson-09-948-dismissal-successive.wpd

27

28                                    **2**